# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 34  SSM 26
In the Matter of the Estate of
Edward V. Giaquinto, Deceased.

Cynthia A. Johnson,
  Respondent,
Joann Farina,
  Appellant.
(And Another Related Proceeding.)

Submitted by Gerard F. Parisi, for appellant.
Submitted by Donald J. Hillmann, for respondent.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, order, insofar as appealed from, affirmed, with costs. In response to petitioner's prima facie showing of entitlement to summary judgment on the issue of testamentary capacity, respondent failed to raise a triable issue of fact. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided February 14, 2019